**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
  JOSE G. AYCARDI, JR.,

                              Plaintiff,                    25 **CIVIL** 6953 (KHP)

        -v-                                                 **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated April 1, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings and a new decision. On remand, Plaintiff will be offered the opportunity for a new

hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

        April 3, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                              **Clerk of Court**

                        **BY:**
                                        _____
                                              **Deputy Clerk**